No. 146. MISSOURI, KANSAS AND TEXAS RAILWAY COMPANY *v.* FULLER, ASSIGNEE. Error to the United States Circuit Court of Appeals for the Eighth Circuit. Argued December 8, 1897. Decided January 3, 1898. Judgment affirmed with

costs by a divided court and cause remanded to the United States Court in the Indian Territory. *Mr. George P. B. Jackson* and *Mr. James Hagerman* for the plaintiff in error. *Mr. Harrison O. Shepard* for the defendant in error.